(75 South. 824)

### JOHNSON v. STATE.   (4 Div. 492.)

(Court of Appeals of Alabama.   May 29, 1917. Rehearing Denied June 12, 1917.)

Appeal from Circuit Court, Crenshaw County; A. E. Gamble, Judge.

John M. Johnson was convicted of an offense, and he appeals. Reversed and rendered.

D. A. Baker, of Troy, and J. A. Carnley, of Enterprise, for appellant. W. L. Martin, Atty. Gen., Powell & Hamilton, of Greenville, and F. B. Bricken, of Luverne, for the State.

BROWN, P. J. On the authority of Thomas v. State, 75 South. 821,[1] present term, the judgment of the circuit court is reversed, and a judgment here rendered discharging the defendant.

Reversed and rendered.